**URGENT**

DATE: 8-20-19  **\*LEGAL MAIL\***

Landin D. Robinson #103019
Blount Co. Detention Center
920 East Lamar Alexander Pwy.
Maryville, TN. 37804

To: U.S. Court Clerk
U.S. District Court
800 Market Street (Suite 130)
Knox, TN. 37902

**\*\* Re: Forward Legal Mail \*\***

FILED 2019 AUG 22 P 1:17 U.S. DISTRICT COURT EASTERN DIST. TENN. DEPT CLERK

U.S. Court Clerk,

I'm sorry to bother the courts with such tedious and mundane matters, however I am in grave and direr need of the courts assistance. I desperately and **urgently need** for you are who it may concern to forward my legal mail that's enclosed in this letter to my "**Federal Judge**". I am afraid that at the current moment I do not know my federal judge name, nor can I obtain it. I am currently on a "**Federal V.O.P.**" My name is "**Landin D. Robinson**". If you would please forward said legal mail to my judge, it would be greatly and deeply appreciated. **Thank you** for your time, effort, and consideration is this matter..

Sincerely, Landin Robinson
*Landin Robinson*

# URGENT LEGAL MAIL

DATE: 8-20-19

Landin D. Robinson #103019
Blount Co. Detention Center
920 East Lamar Alexander Pwy.
Maryville, TN. 37804

To: U.S. Honorable Judge / U.S. Court Clerk
U.S. District Court
800 Market Street (Suite 130)
Knox, TN. 37902

RE: "Inhuman Condition at Blount Co. Detention Center"

To: U.S. Honorable Judge,

I am truely sorry to bother you with such tedious and mundane matters, however I'm in grave, and direr need of the courts, and your intervention immediately. I'm currently being housed at "Blount Co. Detention Center", on a "Federal V.O.P." for possession. The condition in which I'm being confined to is to say the least "Unsanitary, and horrific". I'm currently being housed in a two man cell that is occupying four individuals. Due to the "Mass overcrowding" here at Blount Co. there is 1 person to each bunk, the other two people is literally force to sleep on the bare floor with an extremly worn mattress. I am one of the people on the bare floor, by the toilet. "The smell of feces, and urine is constantly present. We are in our cell 21 hrs.

*PLEASE READ IMMEDIATELY*

**URGENT LEGAL MAIL...** (2 OF 2)

A DAY WITH NO ACCESS TO CLEANING SUPPLIES EXCEPT FOR "TWO DAYS A WEEK", WE ALSO FORCE TO EAT IN OUR CELL UNDER THESE "HORRIFIC CONDITIONS." "THE PRESENT OF HUNGER IS CONSTANT., WE EAT ONLY TWO MEAL A DAY WHICH IS NOT SUFFICENT. WE EAT BREAKFAST AT 4:30 AM WHICH CONSIST OF (2-BISCUIT, 1 SERV. OATMEAL, 1-8oz MILK), "NO LUNCH" "DINNER" CONSIST OF (1 SERV OF PINTO BEANS, 1 SERV COLESLAW, 1 SERV. MASH POTATO, 1 SERV CORN BREAD) "NO MEAT" THIS MENU NEVER CHANGES 7 DAYS A WEEK

** MEDICAL HERE IS ALMOST NON-EXISTING. THE MEDICAL STAFF HERE IS JUST FOR SHOW ONLY. MEDICAL PERSONEL HERE IS ONLY HERE TO "MIMIC" THE FOLLOWING OF POLICIES, AND REGULATIONS, AND THAT'S TO SAY THE LEAST ABOUT THE MEDICAL SITUATION HERE AT BLOUNT CO. "PLEASE NOTE AND UNDERSTAND THAT THIS JAIL IS ONLY DESIGN TO HOLD "400 INMATES AT MAX CAPACITY" BUT IS CURRENTLY HOLDING "OVER 700 INMATES." PEOPLE ARE LITERALLY SLEEPING ON FLOORS WITHOUT MATTRESS, DUE TO THE LACK OF SUPPLIES, DUE TO THE MASS OVER FLOW OF PEOPLE. ** PLEASE DULY NOTE: I AM A "FEDERAL INMATE", AND I WROTE ▓▓▓ SEVERAL GRIEVANCES ABOUT THIS ISSUES ALL TO "NO AVAIL". ONCE AGAIN YOUR INTERVENTION AND ASSISTANCE IS GREATLY NEEDED IN THIS MATTER (IMMEDIATELY).

** MY REQUESTED SOLUTION: IS TO BE TRANSFER FROM BLOUNT CO OR A RESOLUTION BE MADE IN MY CASE AS SOON AS POSSIBLE AND TRANSFER "IMMEDIATELY." PLEASE! THANK YOU

SINCERELY LANDIN D. ROBINSON

LANDON D. ROBERTSON #103049
BLOUNT Co. DETENTION CENTER
920 EAST LAMAR ALEXANDER PWY.
MARYVILLE, TN. 37804

LEGAL MAIL

To: U.S. HONORABLE JUDGE / U.S. COURT CLERK
U.S. DISTRICT COURT
800 MARKET STREET (SUITE 130)
KNOX, TN. 37902

37902$ 2303 C002

IMPORTANT
LEGAL MAIL

LEGAL MAIL
URGENT

RECEIVED
AUG 22 2019
Clerk, U. S. District Court
Eastern District of Tennessee