UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LANDIN D. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-MC-037-TAV-DCP |
| | ) |
| BLOUNT COUNTY | ) |
| DETENTION CENTER, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), Plaintiff is **ASSESSED** the filing fee of $400, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion.

The Clerk is **DIRECTED** to send a copy of the memorandum opinion and this order to the Attorney General for the State of Tennessee and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT